# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-7044**　　　　　　　　　　　　　　　**September Term, 2024**

　　　　　　　　　　　　　　　　　　　　　　　　　　1:20-cv-02071-TSC

　　　　　　　　　　　　　　　　　　　　　　**Filed On:** April 8, 2025

United States of America, ex rel. Mark J. O'Connor and Sara F. Leibman,

and

Mark J. O'Connor and Sara F. Leibman,

　　　　Appellants

　　v.

USCC Wireless Investment, Inc., et al.,

　　　　Appellees

**BEFORE:**　Srinivasan, Chief Judge, and Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of appellants' petition for rehearing en banc, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

　　　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　　　　Michael C. McGrail
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk